**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAR 0 5 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:21CR 13-DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 1791(a)(2) |
| | ) | |
| GARY EVANS | ) | |

## MISDEMEANOR INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about October 2, 2020, in the Eastern District of Arkansas, the defendant,

GARY EVANS,

being an inmate of a prison, that is: the Federal Correctional Complex in Forrest City, Arkansas, knowingly possessed a prohibited object, that is: one or more phones and other devices used by a user of a commercial mobile service, as defined by Title 47, United States Code, Section 332(d), in connection with such service, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(4).

JONATHAN D. ROSS
ACTING UNITED STATES ATTORNEY

_____
AMANDA JEGLEY
Assistant United States Attorney
Ark. Bar No. 2010045
P.O. Box 1229
Little Rock, AR 72203
(50)340-2600
Amanda.jegley@usdoj.gov